BEFORE THE SECOND DIVISION, MARCH 18, 1944

**No. 49275.**—Protest 102116–K of S. Lisk & Bro. (New York).

Opinion by LAWRENCE, J. It was found that the record fully supported the claim made and that the pencil sharpeners in question are similar in all material respects to those involved in Abstract 48152, which record was incorporated herein. In accordance therewith the protest was sustained to this extent.

**No. 49276.**—Protest 103657–K of M. Pressner & Co. (New York).

Opinion by LAWRENCE, J. It was found that the evidence fully supported the claim made and that the dime banks are similar in all material respects to those involved in Abstract 42749, which record was incorporated herein. In accordance therewith the claim at 40 percent under paragraph 339 was sustained.

**No. 49277.**—Protests 28598–K, etc., of Globe Shipping Co., Inc. (New York).

Opinion by LAWRENCE, J. The court was satisfied that the claim was well founded and it was uncontradicted that the sheets are similar in all material respects to those involved in *United States* v. *Globe Shipping Co., Inc.* (31 C. C. P. A. 95, C. A. D. 254), which record was incorporated herein. In accordance therewith the merchandise in question was held dutiable under paragraph 304 as steel sheets at the appropriate rate, depending upon the value thereof per pound. The protests were therefore sustained to this extent.

**No. 49278.**—Protest 79110–K of F. W. Woolworth Co. (New York).

Opinion by LAWRENCE, J. The court found that the uncontradicted record fully supported the claim made and that the tape measures in question are similar in all material respects to those involved in Abstract 43372, which record was incorporated herein. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 49279.**—Protests 406–K, etc., of Ritter Carlton Co. (New York).

Opinion by LAWRENCE, J. The record disclosed that these multigrip wrenches are similar in all material respects to those involved in *United States* v. *Ritter Carlton Co.* (30 C. C. P. A. 208, C. A. D. 234), which record was incorporated herein. The uncontradicted evidence fully supported the claim. The protests were sustained to this extent.